IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

GABRIEL ORTIZ BARRAGAN,

    Defendant.

No. CR 12-00559 WHA

**REQUEST FOR PROBATION AND GOVERNMENT RESPONSE**

    Defendant Gabriel Barragan has filed a *pro se* motion for a reduction of his sentence pursuant to Amendment 782 of the United States Sentencing Guidelines. The probation department and the government are requested to respond by **NOON ON AUGUST 12, 2015.**

Dated: July 22, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE