IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

GABRIEL BARRAGAN ORTIZ,

        Defendant.

_____/

No. CR 12-00559 WHA

**ORDER RE DEFENDANT'S
MOTION FOR REDUCTION
OF SENTENCE UNDER
AMENDMENT 782**

Defendant Gabriel Barragan Ortiz moves, *pro se*, for a reduction of his sentence under 18 U.S.C. 3582(c)(2) and Amendment 782 to the Sentencing Guidelines. The United States Probation Office has submitted a report in opposition, stating that defendant is not eligible for a lower sentence.

Amendment 782 to the United States Sentencing Guidelines, effective November 1, 2014, reduces the penalties for most drug offenses by reducing most offense levels. This amendment may be applied retroactively to reduce the sentences of previously sentenced inmates under 18 U.S.C. 3582(c)(2). Amendment 782 does not authorize, however, reductions in sentences when an offender's original sentence was below the range provided by the revised guidelines.

In 2012, defendant pled guilty to distribution of 100 grams or more of heroin and was sentenced to 54 months, a downward variance from the then applicable sentencing guidelines due to defendant's safety valve debrief . The low end of the revised guidelines range for defendant's offense is 57 months (still higher than 54 months he received). Defendant is thus ineligible for a sentence reduction under Amendment 782. Defendant's motion is **DENIED**.

    **IT IS SO ORDERED.**

Dated: August 31, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE